*E-filed 12/13/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XIOA FENG SHEN, et al.,<br><br>Defendants.<br>_____/ | Case No. CR05-00715 JW (HRL)<br><br>ORDER DENYING JOINDER BY JIE HUA HUANG IN MOTION TO TAKE VIDEO DEPOSITION AND CONTINUING HEARING DATE FOR MOTION OF KYUNG MOON |

On December 12, 2005, material witness Jie Hua Huang filed a "Joinder in Material Witness Yu Ying Lin's Motion to Take Deposition by Videotape," currently set for December 14, 2005 at 1:30 p.m. The joinder was not filed with sufficient time to allow a meaningful opposition, if any, from the government or the defendants in this action. It also did not present any legal or factual arguments in support of the motion. Accordingly, this court denies the joinder. Huang must file a motion in accordance with Criminal Local Rule 47-2.

Also on December 12, 2005, material witness Kyung Moon moved this court to order the taking of her video deposition, with a hearing set for January 4, 2006 at 9:00 a.m. Pursuant to this court's standing orders, criminal motions are heard on Thursdays at 9:30 a.m. Accordingly, Moon's motion is continued to **Thursday, January 5, 2006 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: 12/13/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

| | |
|---|---|
| Daniel Lee Barton | dbarton@nablaw.com, lstenson@nablaw.com |
| Rommel Bondoc | sdm819@sbcglobal.net, cmcshane@sbcglobal.net |
| Barry L. Morris | barrymorris@mac.com |
| Randy Sue Pollock | pollockesq@aol.com |
| Edward Torpoco | Edward.Torpoco@usdoj.gov, mae.chu@usdoj.gov |
| Vicki H. Young | vickihyoung@yahoo.com |

Jerry Fong
Carey & Carey
P.O. Box 1040
Palo Alto, CA 94302

Geoffrey A. Braun
81 Devine St.
San Jose, CA 95110

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  12/13/05

                                     /s/ RNR
                              Chambers of Magistrate Judge Lloyd