*E-filed 12/16/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>XIOA FENG SHEN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. CR05-00715 JF (HRL)<br><br>ORDER CONTINUING MOTIONS TO TAKE VIDEO DEPOSITIONS OF MATERIAL WITNESSES<br><br>[Re: Miscellaneous Case Nos.:<br><br>CR05-90495 Misc. HRL<br>CR05-90499 Misc. HRL<br>CR05-90500 Misc. HRL<br>CR05-90501 Misc. HRL<br>CR05-90502 Misc. HRL<br>CR05-90503 Misc. HRL<br>CR05-90504 Misc. HRL<br>CR05-90505 Misc. HRL<br>CR05-90506 Misc. HRL<br>CR05-90507 Misc. HRL<br>CR05-90512 Misc. PVT<br>CR05-90513 Misc. PVT] |

　　　　On December 14, 2005, material witness Yu Ying Lin's Motion to Take Deposition by Videotape pursuant to Fed. R. Crim. P. 15(a) and 18 U.S.C § 3144 came on for hearing.  Yu Ying Lin appeared through counsel, along with several other attorneys representing material witnesses in this case.  Also present were counsel for four of the five defendants.  Only one of the defendants, Ming Sun, was present in the courtroom.  The four other defendants had not been transported to the court.  The government was also present.

　　　　Yu Ying Lin filed her motion on December 8, 2005 accompanied by a request for an order shortening time.  The court shortened time, setting the motion for December 14, 2005, and ordering

that any opposition be filed by December 12, 2005. On December 9, 2005, Ming Sun, through his attorney, filed an opposition to the motion. On December 12, 2005, the United States filed its opposition. That same day, defendant Xiao Feng Shen filed a joinder in to the United State's opposition. Then, material witnesses Jie Hua Huang, Pi Lien Chen, Chiu Lin Tsin, and Mei Ching Chien filed joinders to the motion. Material witness Kyung Moon filed a separate motion (also for a video deposition) with a hearing date of January 4, 2006. On December 13, 2005, only aware of a single joinder to the motion - that of Jie Hua Huang - the court issued an order denying the joinder, at the time believing that defendants had not had an adequate opportunity to respond to the purported joinder. The court also continued Kyung Moon's motion until January 5, 2006. On December 14, 2005, witness Xio Lin Lin filed a joinder to the motion.

      At the hearing on the motion, it became clear to the court that the hearing should be continued. Counsel for defendants, some whom had not filed oppositions to the motion, objected to the fact that their clients were not present for the hearing. Counsel represented that they had received some discovery from the government, but had not had an adequate opportunity to review it. If forced to go forward at this time with material witness depositions, defense counsel stated that they would not be able to effectively represent their clients.

      The government represented that it had not completed producing discovery to the defendants, but anticipated completion by the first week in January. The government also stated that it may be filing a superceding indictment against defendants sometime before February 1, 2006.

      Counsel for the material witnesses argued that their clients should be released. The witnesses are detained in "locked-down" halfway houses scattered around the Bay Area, with no income, no ability to work, no access to healthcare, and no way to reclaim property they were forced to abandon when they were first taken into custody. The witnesses represent that they will be available for further deposition if they are released, and are willing to return to the United States to testify at trial, if necessary.

      Overall, the court does not have adequate factual information to reach a decision on whether the material witnesses should be deposed and released at this time, and recognizes that defendants

need some additional time to prepare for any potential depositions. Accordingly, the court orders as follows:

1) The hearing on Yu Ying Lin's and Kyung Moon's motions to have their depositions taken is continued to February 1, 2006 at 10:00 a.m. At the same time, the court will hear the requests of any other material witness that seeks an order for her deposition to be taken as well.

2) The court will treat the "joinders" filed by material witnesses other than Yu Ying Lin and Kyung Moon as equivalent to motions filed on behalf of the "joining" material witnesses. Those who have already filed joinders need not file again. Those who have not but want to shall file their joinders by January 18, 2006. All joinders shall include a declaration explaining the specific circumstances of why and when that material witness should have her deposition taken.

3) Any opposition to the relief sought by the material witnesses must be filed no later than January 25, 2006.

4) Lead counsel for the government must appear at the February 1, 2006 hearing. The government is expected to proceed expeditiously with discovery, and, as represented, to have produced the balance of the discovery to defendants by January 9, 2006. The court expects defendants to have digested that discovery by the time of the February 1st hearing.

5) The court has arranged that all counsel representing material witnesses have been added to the court's e-filing system under the above-listed case number.

6) This court's order of December 13, 2005 is vacated.

**IT IS SO ORDERED.**

Dated: 12/16/05                              /s/ Howard R. Lloyd
                                             HOWARD R. LLOYD
                                             UNITED STATES MAGISTRATE JUDGE

3

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

| | |
|---|---|
| Daniel Lee Barton | dbarton@nablaw.com, lstenson@nablaw.com |
| Rommel Bondoc | sdm819@sbcglobal.net, cmcshane@sbcglobal.net |
| Barry L. Morris | barrymorris@mac.com |
| Randy Sue Pollock | pollockesq@aol.com |
| Edward Torpoco | Edward.Torpoco@usdoj.gov, mae.chu@usdoj.gov |
| Vicki H. Young | vickihyoung@yahoo.com |
| Marry E.Conn | mary@santa-cruz-law.com |
| Michelle D. Spencer | michellespencer@lawyer.com |
| Jerry Fong | jf@careyandcareylaw.com |
| Carleen. R. Arlidge | craatty@aol.com |
| Thomas J. Ferrito | ferritolaw@mindspring.com |
| Peter Leeming | paleeming@sbcglobal.net |
| James Thompson | natjmt@earthlink.net |

Tony Christensen
360 W. Hedding St.
San Jose, CA 95110

Geoffrey A. Braun
81 Devine St.
San Jose, CA 95110

Jack D. Gordon
Gordon & Faris
95 South Market Street, Suite 300
San Jose, CA 95113

Richard Peyton Pointer
Hinkle, Jachimowicz, Pointer & Mayron
2007 W. Hedding Street, #100
San Jose, CA 95128

Bruce C. Funk
46 West Santa Clara Street
San Jose, CA 95113

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  12/16/05

                                            /s/ RNR
                            Chambers of Magistrate Judge Lloyd