| | |
|---|---|
| RANDY SUE POLLOCK<br>Attorney at Law (CSBN 64493)<br>2831 Telegraph Avenue<br>Oakland, CA 94609<br>Telephone: (510) 763-9967<br>Facsimile:  (510) 272-0711<br><br>Attorney for Defendant<br>XIAO FENG SHEN | **E-filed 5/10/06** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>XIAO FENG SHEN,<br><br>            Defendant.<br>_____/ | CASE NO.  05-00715 JF<br><br>**STIPULATION TO CONTINUE SENTENCING** |

   Defendant XIAO FENG SHEN,  by and through her counsel of record Randy Sue Pollock, and Assistant United States Attorney Edward Torpoco hereby stipulate and agree to continue the date for sentencing in this matter from the presently set date of Wednesday, May 3, 2006, at 9 a.m. to May 24, 2006, at 9a.m.

///
///
///
///
///

1  This continuance is to meet the convenience of defense counsel who has a conflict with her
2  schedule on May 3.
3  Assistant U.S. Attorney Torpoco has authorized his signature to this stipulation.

5  Date:  May 1, 2006                                   (S) Randy Sue Pollock
                                                        Randy Sue Pollock
6                                                       Counsel for Defendant
                                                        XIAO FENG SHEN

9  Date:  May 1, 2006                                   (S) Edward Torpoco
                                                        Edward Torpoco
10                                                      Assistant U.S. Attorney

12 SO ORDERED:
13 Date:    5/10/06
                                                        _____
14                                                      U.S. District Court Judge